**Derek C. Johnson, OSB #88234**
djohnson@jjlslaw.com
Johnson Johnson Larson & Schaller
975 Oak Street, Suite 1050
Eugene, OR 97401
Phone: (541) 484-2434
Fax:  (541) 484-0882

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | | |
|---|---|---|
| **PENGUIN GROUP (USA), INC.,** | ) | Case No.: 3:13-CV-00497 |
| | ) | |
| Plaintiff, | ) | **DECLARATION OF CHARLES** |
| | ) | **CARREON IN SUPPORT OF MOTION** |
| | ) | **FOR ORDER EXTENDING TIME TO** |
| | ) | **FILE RULE 12 MOTIONS** |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **AMERICAN BUDDHA,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DECLARATION OF CHARLES CARREON

Charles Carreon hereby declares:

**1.**  I am an attorney licensed to practice before all courts in the State of California and Oregon, and state the matters herein of personal knowledge.  If called as a witness, I could and would so competently testify.

**2.**  Defendant has received one extension of time of twenty days since the Complaint was filed.  (Docket # 18.)  Defendant has filed a motion to require payment of costs under Rule 41(d) that, if granted, would eliminate the need to decide the issues presented by Rule 12 motions such as a motion to dismiss for improper venue under subsection (b)(3), or a motion to dismiss for failure to state a claim for relief under subsection (b)(6).  Further, a motion to

dismiss for lack of proper venue is fact-specific, and would require defendant's counsel approximately fourteen additional days to prepare, given the number of declarations necessary to establish important issues such as witness-inconvenience, the cost of travel to the current venue from Arizona, and other matters susceptible of proof, but requiring time for the marshalling of evidence.

**3.**  Defendant gave written notice of his intention make this motion to plaintiff's counsel and sought to elicit a stipulation, but none was forthcoming.

I declare and affirm, pursuant to 28 U.S.C. § 1746(2), that the foregoing is true and correct under the law of the United States of America, and that this declaration was signed on May 16, 2013, at Tucson, Arizona.
/s/Charles Carreon
Charles Carreon, Declarant