**DUANE A. BOSWORTH, OSB** #825077
duanebosworth@dwt.com
**TIM CUNNINGHAM, OSB** #100906
timcunningham@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

    Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AT PORTLAND

| | |
|---|---|
| **PENGUIN GROUP (USA) INC.,** | Case No. 3:13-cv-00497-HU |
| **PLAINTIFF**, | NOTICE OF ORDER |
| v. | |
| **AMERICAN BUDDHA,** | |
| **DEFENDANT**. | |

    Pursuant to this Court's order of June 18, 2013, plaintiff submits the Order received today in *Penguin Group (USA), Inc. v. American Buddha*, U.S. District Court for the Southern District of New York, Case No. 09 Civ. 528 (RA).

Page 1 - NOTICE OF ORDER

DWT 22225468v1 0061270-000015

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 241-2300 main · (503) 778-5299 fax

DATED this 27th day of June, 2013.

**DAVIS WRIGHT TREMAINE LLP**


By  s/ Duane A. Bosworth
    **Duane A. Bosworth**, OSB #825077
    **Tim Cunningham**, OSB #100906
    Telephone: (503) 241-2300
    Facsimile: (503) 778-5299
    duanebosworth@dwt.com

Attorneys for Plaintiff

Page 2 - NOTICE OF ORDER

DWT 22225468v1 0061270-000015

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax