**Derek C. Johnson, OSB #88234**
djohnson@jjlslaw.com
Johnson Johnson Larson & Schaller
975 Oak Street, Suite 1050
Eugene, OR 97401
Phone: (541) 484-2434
Fax:  (541) 484-0882

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | | |
|---|---|---|
| **PENGUIN GROUP (USA), INC.,** | ) | Case No.: 3:13-CV-00497-HU |
| Plaintiff, | ) | |
| v. | ) | **DEFENDANT'S NOTICE OF NON OPPOSITION TO FILING OF AMENDED COMPLAINT** |
| **AMERICAN BUDDHA,** | ) | |
| Defendant. | ) | |

Defendant American Buddha, by and through its counsel, Derek C. Johnson, hereby notifies the Court and the Plaintiff that Defendant does not object to the filing of the Amended Complaint now pending before the Court.

DATED: July 29, 2013.                                         *s/ Derek C. Johnson*

                                                            Derek C. Johnson, OSB #88234
                                                            Johnson Johnson Larson & Schaller
                                                            Attorney for Defendant American Buddha