**Derek C. Johnson, OSB #88234**
djohnson@jjlslaw.com
Johnson Johnson Larson & Schaller
975 Oak Street, Suite 1050
Eugene, OR 97401
Phone: (541) 484-2434
Fax:  (541) 484-0882

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | | |
|---|---|---|
| **PENGUIN GROUP (USA), INC.,** | ) | Case No.: 3:13-CV-00497-HU |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S NOTICE OF** |
| v. | ) | **ERRONEOUS FILING OF NON** |
| | ) | **OPPOSITION TO FILING OF** |
| **AMERICAN BUDDHA,** | ) | **AMENDED COMPLAINT** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant American Buddha, by and through its counsel, Derek C. Johnson, hereby notifies the Court and the Plaintiff that Defendant does in fact object to the filing of the Amended Complaint now pending before the Court, and that the previous filing of nonopposition was in error and without the client's consent.

DATED: July 29, 2013.                                    s/ *Derek C. Johnson*

                                                                    Derek C. Johnson, OSB #88234
                                                                    Johnson Johnson Larson & Schaller
                                                                    Attorney for Defendant American Buddha