UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

CIVIL MINUTES

**Case No.:** 3:13-cv-00497-HU **Date of Proceeding:** July 30, 2013

**Case Title:** Penguin Group(USA) Inc. v. American Buddha

**Presiding Judge:** Hon. Dennis J. Hubel **Courtroom Deputy:** Kathleen Bartholomew (326-8060)

**Reporter:** **Tape No:**

**PLAINTIFF'S COUNSEL** **DEFENDANT'S COUNSEL**

**DOCKET ENTRY:**

The court confirms for the parties that the following matters will be on for discussion and resolution at the August 1, 2013 proceeding:

1) The status of defense counsel for defendant, defendant's current attorney, Derek Johnson, having advised the court that a conflict has arisen between his law firm and the defendant, and that he will be filing an appropriate withdrawal and substitution of new counsel as soon as possible,

2) The Resubmitted Application for Special Admission *Pro Hac Vice* [49] filed by Charles Carreon, to which any response or objection by defendant shall be filed no later than **4:30 p.m., July 30, 2013**,

3) Plaintiff's Motion for Leave to File a First Amended Complaint [45],

4) Defendant's Motion to Transfer Action to District of Arizona (FRCP 12(b)(3)) [25], and

5) If the case remains in Oregon, the setting of a case schedule.

In addition to current counsel of record, the court will call attorney Charles Carreon for the proceeding, to be heard with respect to his resubmitted application to appear in the case *pro hac vice*, and to be heard, in his capacity as a principal of American Buddha, with respect to the withdrawal of current counsel for defendant.

cc: ( ) All counsel                                                                                                   DOCUMENT NO: _____
**Civil Minutes**                                                                                               **Honorable Dennis J. Hubel**
**Revised 4/22/98**