**DUANE A. BOSWORTH, OSB** #825077
duanebosworth@dwt.com
**TIM CUNNINGHAM, OSB** #100906
timcunningham@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
Telephone:  (503) 241-2300
Facsimile:  (503) 778-5299

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AT PORTLAND

| | |
|---|---|
| **PENGUIN GROUP (USA) INC.,**<br><br>                                      **PLAINTIFF**,<br><br>v.<br><br>**AMERICAN BUDDHA,**<br><br>                                      **DEFENDANT**. | Case No. 3:13-cv-00497-HU<br><br>**MOTION FOR LEAVE TO RESPOND TO SECOND APPLICATION FOR SPECIAL ADMISSION -** *PRO HAC VICE* |

          Plaintiff moves this Court for leave to file the attached Response to Second Application

for Special Admission - *Pro Hac Vice*.  Plaintiff submits the Declaration of Duane Bosworth in

support of this motion.

Page 1 - MOTION FOR LEAVE TO RESPOND TO SECOND APPL. FOR SPECIAL ADMISSION

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax

DATED this 30th day of July, 2013.

**DAVIS WRIGHT TREMAINE LLP**


By  s/ Duane A. Bosworth
    **Duane A. Bosworth**, OSB #825077
    **Tim Cunningham**, OSB #100906
    Telephone: (503) 241-2300
    Facsimile: (503) 778-5299
    duanebosworth@dwt.com

    Attorneys for Plaintiff

DWT 22358711v1 0061270-000015
DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax