**DUANE A. BOSWORTH, OSB** #825077
duanebosworth@dwt.com
**TIM CUNNINGHAM, OSB** #100906
timcunningham@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
Telephone:  (503) 241-2300
Facsimile:  (503) 778-5299

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AT PORTLAND

| | |
|---|---|
| **PENGUIN GROUP (USA) INC.,**<br><br>　　　　　　　　　　**PLAINTIFF**,<br><br>　v.<br><br>**AMERICAN BUDDHA,**<br><br>　　　　　　　　　　**DEFENDANT**. | Case No. 3:13-cv-00497-HU<br><br>**DECLARATION OF DUANE A. BOSWORTH IN SUPPORT OF RESPONSE TO SECOND APPLICATION FOR SPECIAL ADMISSION -** *PRO HAC VICE* |

I, Duane A. Bosworth do hereby state and declare as follows:

1. I am an attorney at Davis Wright Tremaine LLP and am one of the attorneys representing plaintiff in this case.  This declaration is made in support of Plaintiff's Response to Second Application for Special Admission - *Pro Hac Vice*.

2. Attached hereto as Exhibit 1 is a true and correct copy of a screen shot from the State Bar of Arizona, Find a Lawyer website.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Arizona Unlawful Practice of Law Advisory Opinion, 10-02, dated February, 2010.

4. Applicant sent me a letter in which he stated:

Page 1 - BOSWORTH DECL. IN SUPPORT OF RESP TO 2ND APPLICATION FOR ADMISSION

DWT 22358717v1 0061270-000015

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax

Your analysis of the fact that the PLF would not cover any claim that American Buddha might theoretically assert against any covered law firm seems to resolve the important matter before the Court—whether any malpractice on my part in this action could possibly lead to PLF picking up the bill for my negligence. The answer would be "NO." Accordingly, it would seem that provides an appropriate basis for the Court to find that the usual requirement of having professional liability insurance could be waived in the case of my *pro hac* application, since it will not expose the PLF indemnity fund to depletion by the negligence of a non-covered lawyer.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on this 30th day of July, 2013, at Portland, Oregon.

s/ Duane A. Bosworth
Duane A. Bosworth, OSB #825077

Page 2 - BOSWORTH DECL. IN SUPPORT OF RESP TO 2ND APPLICATION FOR ADMISSION

DWT 22358717v1 0061270-000015

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 241-2300 main · (503) 778-5299 fax