

Home > Find a Lawyer

Back to Search Results

# Mr. Charles Hernan Carreon



**Status:** In-House Counsel ⓘ

**Board Certified Specialization:** None ⓘ

**Areas of Focus:** None

**Section Membership:** None

**Other Jurisdictions:** California, Oregon

**Other Languages:** None

**Professional Liability Insurance:** Yes ⓘ

**History/Discipline:** This lawyer has no activity.

This website displays changes in membership status and disciplinary actions taken against a lawyer. It does not include pending disciplinary proceedings.

This website does not display all lawyer sanctions, such as admonitions/informal reprimands. Contact the State Bar of Arizona at 602.340.7384 or use the lawyer history form to confirm the lawyer's entire record of activity.

**AZ Tech Printing/Properties**
2165 S Avenida Planeta
Tucson, AZ 85710-5461
Pima County

**520.841.0835**
Fax: 520.843.2083

▸ Email

## More About Mr. Charles Hernan Carreon

*Educated at U of California - LA, admitted to practice in 1987, registered with the State Bar of Arizona February 12, 2013.*

**ATTENTION MEMBERS OF THE PUBLIC:**

Please **do not** email lawyers the details of your legal matter. Please contact them to make an appointment to discuss your matter in person. Lawyers have a duty to avoid conflicts and the lawyer you contact by email may already represent someone in your matter.

Copyright ©2004-2013
State Bar of Arizona
*4201 N. 24th Street, Suite 100*
*Phoenix, AZ 85016-6266*

Phone: 602-252-4804
Toll Free: 866-48-AZBAR
Fax: 602-271-4930

**FOR THE PUBLIC**
Working with Lawyers
Legal Help
Lawyers on Call
Great Legal Resources
Alternatives to Trial

**FOR LAWYERS**
Change Your Address
Member Tools
CLE & MCLE
Arizona Attorney Magazine
Ethics Opinions

**ABOUT US**
Board of Governors
Mission and Goals
Careers at the Bar
Contact Our Offices

Terms of Use

Exhibit 1
Page 1 of 1