**DUANE A. BOSWORTH, OSB** #825077
duanebosworth@dwt.com
**TIM CUNNINGHAM, OSB** #100906
timcunningham@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
Telephone:  (503) 241-2300
Facsimile:  (503) 778-5299

    Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AT PORTLAND

| | |
|---|---|
| **PENGUIN GROUP (USA) INC.,** | Case No. 3:13-cv-00497-HU |
|         **PLAINTIFF**, | **DECLARATION OF DUANE A. BOSWORTH IN SUPPORT OF MOTION FOR LEAVE TO RESPOND TO SECOND APPLICATION FOR SPECIAL ADMISSION - *PRO HAC VICE*** |
| v. | |
| **AMERICAN BUDDHA,** | |
|         **DEFENDANT**. | |

I, Duane A. Bosworth do hereby state and declare as follows:

1.      I am an attorney at Davis Wright Tremaine LLP and am one of the attorneys representing plaintiff in this case.  This declaration is made in support of Plaintiff's Motion for Leave to Respond to Second Application for Special Admission - *Pro Hac Vice*.

2.      Counsel for plaintiff received this Court's order of July 30, 2013 electronically today at 5:54 p.m., although counsel did not become aware of it until 6:30 p.m.  The order states in part that any response to the application for special admission *pro hac vice* shall be filed at 4:30 p.m., July 30, 2013, about two hours earlier.

DWT 22358712v1 0061270-000015

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax

3.  In light of several conversations counsel had with existing counsel for defendant, counsel for plaintiff had not yet filed a response, understanding that applicant did not have an effective application pending without addressing LR 83-3(a)(1), associating hereafter with local counsel.  More significantly, counsel was also advised of several steps defendant's current counsel was taking that would seek to alter the schedule of multiple matters coming before the Court.  The Court's order tonight, however, obviates current defendant's counsel's intentions for tomorrow, July 31, 2013.  Counsel respectfully asks this Court for leave to file the response to applicant's resubmitted application for special admission at this time, after the time set in the Court's order tonight.

  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on this 30th day of July, 2013, at Portland, Oregon.

s/ Duane A. Bosworth
Duane A. Bosworth, OSB #825077

Page 2 - BOSWORTH DECL. IN SUPPORT OF MOTION FOR LEAVE TO RESPOND

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax