# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

## CIVIL MINUTES

**Case No.:** 3:13-cv-00497-HU

**Date of Proceeding:** August 1, 2013

**Case Title:** Penguin Group (USA) Inc. v. American Buddha

**Presiding Judge:** Hon. Dennis J. Hubel

**Courtroom Deputy:** Kathleen Bartholomew (326-8060)

**Reporter:** Jill Erwin

**Tape No:**

### PLAINTIFF'S COUNSEL

Duane A. Bosworth

### DEFENDANT'S COUNSEL

Derek Johnson
Charles Carreon (movant)

**DOCKET ENTRY:**

RECORD OF PROCEEDINGS and ORDER:

Mr. Carreon shall file a renewed declaration in support of his Resubmitted Application for Special Admission *Pro Hac Vice* [49] which addresses the specific issues and concerns identified by the court regarding the scope of practice permitted to him in both California and Arizona, and which identifies new local counsel in light of Mr. Johnson's intent to move to withdraw from the case. Mr. Carreon shall e-mail counsel and the court (through the courtroom deputy - kathleen_bartholomew@ord.uscourts.gov ) by **August 9, 2013**, indicating when he will be able to file the declaration, and when he believes his new local counsel will be in a position to file a responsive pleading to the complaint, which the court requires be filed no later than **August 30, 2013**.

Mr. Carreon to provide the court with a copy of the certificate of professional liability insurance he has obtained.

Mr. Carreon clarified on the record that he is not a principal of American Buddha.

Plaintiff's Motion for Leave to File a First Amended Complaint [45], and Defendant's Motion to Transfer Action to District of Arizona (FRCP 12(b)(3)) [25], will be addressed after the matter of legal representation of plaintiff is resolved.

cc: ( ) All counsel

DOCUMENT NO: _____

**Civil Minutes**
**Revised 4/22/98**

**Honorable Dennis J. Hubel**