**Derek C. Johnson, OSB #88234**
djohnson@jjlslaw.com
Johnson Johnson Larson & Schaller
975 Oak Street, Suite 1050
Eugene, OR 97401
Phone: (541) 484-2434
Fax:  (541) 484-0882

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | | |
|---|---|---|
| **PENGUIN GROUP (USA), INC.,** | ) | Case No.: 3:13-CV-00497 |
| | ) | |
| Plaintiff, | ) | **REQUEST FOR SUBSTITUTION** |
| | ) | **OF ATTORNEY FOR DEFENDANT** |
| v. | ) | **AMERICAN BUDDHA** |
| | ) | |
| **AMERICAN BUDDHA,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court is respectfully requested to substitute Todd Bofferding as attorney for defendant American Buddha in the place and stead of Derek C. Johnson and the firm of Johnson, Johnson, Larson & Schaller.

I consent to the above substitution:

DATED: August 13, 2013                    /s/ Derek C. Johnson
                                          Derek C. Johnson, OSB #88234
                                          Johnson Johnson Larson & Schaller
                                          Attorney for Defendant American Buddha

I am a member of the Bar of this Court, and accept the above substitution, and provide my contact information as follows:

Todd Bofferding PC
1215 B Street
P.O. Box 539
Hood River, OR 97031
Tel: 541-386-7924

       Tax: 541-386-7996
       Email: tbofferding@gorge.net

DATED: August 13, 2013　　　　　　　/s/ Todd E. Bofferding
　　　　　　　　　　　　　　　　　　Todd E. Bofferding, OSB #883720
　　　　　　　　　　　　　　　　　　Todd Bofferding, PC
　　　　　　　　　　　　　　　　　　Attorney for Defendant American Buddha

I consent to the above substitution:

DATED: August 13, 2013　　　　　　　*Tara Lyn Carreon* (signature)
　　　　　　　　　　　　　　　　　　Tara Lyn Carreon
　　　　　　　　　　　　　　　　　　Director for Defendant American Buddha