**Derek C. Johnson, OSB #88234**
djohnson@jjlslaw.com
Johnson Johnson Larson & Schaller
975 Oak Street, Suite 1050
Eugene, OR 97401
Phone: (541) 484-2434
Fax:  (541) 484-0882

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **PENGUIN GROUP (USA), INC.,** ) | Case No.: 3:13-CV-00497 |
| ) | |
| Plaintiff, ) | **[PROPOSED] ORDER GRANTING** |
| ) | **SUBSTITUTION OF COUNSEL** |
| v. ) | **FOR DEFENDANT** |
| ) | |
| **AMERICAN BUDDHA,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to the request of defendant American Buddha to substitute Todd Bofferding, OSB # 883720, in the place and stead of Derek Johnson of Johnson, Johnson, Larson & Schaller, OSB # 88234 and good cause appearing therefore, it is hereby ORDERED that the substitution is GRANTED.

Dated:  August __, 2013            By:
                                   DENNIS J. HUBEL
                                   UNITED STATES DISTRICT COURT JUDGE