Todd Bofferding, OSB #883720
Bofferding Law Office, P.C.
Attorney at Law
P.O. Box 539
1215 B St.
Hood River, Oregon 97031
541.386.7924
tbofferding@gorge.net

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| PENGUIN GROUP (USA) INC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:13-CV-00497-HU |
| | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| | ) | OF REPRESENTATION OF |
| AMERICAN BUDDHA, | ) | DEFENDANT |
| | ) | |
| Defendant. | ) | |

Todd Bofferding, of the Bofferding Law Office, P.C., hereby gives this Notice of Appearance and Representation of Defendant in this case.

Dated this 19th day of August, 2013.

*s/ TBoff*

_____
Todd Bofferding, OSB #883720
Attorney for Defendant

1 – NOTICE OF APPEARANCE AND REPRESENTATION