# CHARLES CARREON

LAW FOR THE DIGITAL AGE

August 12, 2013

Hon. Dennis J. Hubel
United States District Court
Mark O Hatfield U.S. Courthouse
1000 S.W. Third Ave.
Portland, OR 97204

Re:   *Penguin v. American Buddha* Case No. 3:13-CV-00497-HU

Your Honor:

This letter is to formally withdraw my resubmitted motion for admission *pro hac vice* to allow me to represent defendant American Buddha pro bono in the above-numbered case. Thank you for your consideration in entertaining the motion.

Very truly yours,

Charles Carreon
Attorney at Law