Todd Bofferding, OSB #883720
Bofferding Law Office, P.C.
Attorney at Law
P.O. Box 539
1215 B St.
Hood River, Oregon 97031
541.386.7924
tbofferding@gorge.net

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| PENGUIN GROUP (USA) INC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:13-CV-00497-HU |
| | ) | |
| v. | ) | UNOPPOSED MOTION TO |
| | ) | CONTINUE DUE DATE FOR |
| AMERICAN BUDDHA, | ) | ANSWER AND BRIEFING |
| | ) | SCHEDULE |
| Defendant. | ) | |

    Todd Bofferding, of the Bofferding Law Office, P.C., hereby makes this Unopposed Motion to Continue the following due dates:

    For filing of the Answer from August 30, 2013 to September 6, 2013.

    For filing of Defendant's Objection to Plaintiff's Amended Complaint from August 30, 2013 to September 6, 2013.

    For filing of Defendant's Brief in Support of Defendant's Motion to Change Venue from September 13, 2013 to September 20, 2013.

/

/

/

1 – UNOPPOSED MOTION TO CONTINUE DUE DATE FOR ANSWER AND BRIEFING SCHEDULE

Counsel has conferred with Plaintiff's counsel, Duane Bosworth, and he agrees with this Motion and has no objection to it.

Dated this 29th day of August, 2013.

*/s/ TBoff*

_____
Todd Bofferding, OSB #883720
Attorney for Defendant

2 – UNOPPOSED MOTION TO CONTINUE DUE DATE FOR ANSWER AND BRIEFING SCHEDULE